UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARCO GARNICA,

          Plaintiff,

   v.

WASHINGTON DEPARTMENT OF CORRECTIONS, ELDON VAIL, RONALD FRAKER, BRENT CARNEY, JAY A. JACKSON, JAMIE CALLEY,

          Defendants.

CASE NO. C12-5544 RJB/KLS

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Before the Court is Plaintiff's Motion for Leave to Proceed In Forma Pauperis (IFP). ECF No. 23. The filing fee in this matter was paid by Defendants when this case was transferred from Thurston County Superior Court. ECF No. 1. Plaintiff seeks *in forma pauperis* status for court ordered service of Defendants.

Accordingly, it is **ORDERED**:

(1)    Plaintiff's motion to proceed IFP (ECF No. 23) is **GRANTED.**

(2)    The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

DATED this   2nd   day of November, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1