UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARCO GARNICA,

                Plaintiff,

    v.

WASHINGTON DEPARTMENT OF CORRECTIONS, ELDON VAIL, RONALD FRAKER, BRENT CARNEY, JAY A. JACKSON, JAMIE CALLEY,

                Defendants.

No. C12-5544 RJB/KLS

ORDER GRANTING DEFENDANTS' MOTION FOR EXCESS PAGES

Defendants seek leave to file a summary judgment motion that exceeds the 24- page limit by 7 pages.  ECF No. 37.

Accordingly, it is **ORDERED**:

(1)    Defendants' motion (ECF No. 37) is **GRANTED.**  Pursuant to CR 7(f)(4), Plaintiff shall be allowed an equal number of additional pages (7) in his brief in opposition.

(2)    The Clerk shall send copies of this Order to Plaintiff and to counsel for Defendants.

**DATED** this  4th  day of March, 2013.

                                                        Karen L. Strombom
                                                        United States Magistrate Judge

ORDER- 1