UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARCO GARNICA,

                Plaintiff,

  v.

WASHINGTON DEPARTMENT OF CORRECTIONS, ELDON VAIL, RONALD FRAKER, BRENT CARNEY, JAY A. JACKSON, JAMIE CALLEY,

                Defendants.

No. C12-5544 RJB/KLS

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Plaintiff seeks a thirty day extension of time to file his response to Defendants' Motion for Summary Judgment. ECF No. 41. Defendants' motion for summary judgment is presently noted for consideration on April 26, 2013. ECF No. 39. Defendants are not opposed to a thirty day extension. ECF No. 42.

Accordingly, it is **ORDERED**:

(1) Plaintiff's motion for extension (ECF No. 41) is **GRANTED.** Plaintiff shall file his response to Defendants' motion for summary judgment (ECF No. 39) **on or before June 3, 2013.** Defendants' reply is due **on or before June 7, 2013.** The Clerk is directed to **re-note** Defendants' motion for summary judgment (ECF No. 39) for **June 7, 2013.**

//

//

ORDER- 1

(2)     The Clerk shall send copies of this Order to Plaintiff and to counsel for Defendants.

**DATED** this  28th  day of March, 2013.

Karen L. Strombom
United States Magistrate Judge

ORDER- 2