UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARCO GARNICA,

                    Plaintiff,

     v.

WASHINGTON DEPARTMENT OF
CORRECTIONS, ELDON VAIL,
RONALD FRAKER, BRENT CARNEY, JAY
A. JACKSON, JAMIE CALLEY,

                   Defendants.

No. C12-5544 RJB/KLS

ORDER GRANTING EXTENSION OF
JOINT STATUS REPORT DEADLINE

Defendants request an extension of the parties' June 7, 2012 deadline for filing a Joint

Status Report.  ECF No. 46.  Defendants' motion for summary judgment (ECF No. 43) is

currently noted for June 7, 2012.  ECF Nos. 39 and 43.

Accordingly, it is **ORDERED**:

(1)      Defendants' motion (ECF No. 46) is **GRANTED;** the Joint Status Report

         deadline is extended to **October 7, 2013**.

(2)      The Clerk shall send copies of this Order to Plaintiff and to counsel for

         Defendants.

**DATED** this  8th  day of May, 2013.

Karen L. Strombom
United States Magistrate Judge

ORDER- 1