UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARCO GARNICA,<br><br>                         Plaintiff,<br><br>  v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS, ELDON VAIL, RONALD FRAKER, BRENT CARNEY, JAY A. JACKSON, JAMIE CALLEY,<br><br>                         Defendants. | No. C12-5544 RJB/KLS<br><br>ORDER GRANTING EXTENSION OF JOINT STATUS REPORT DEADLINE |

Defendants request an extension of the parties' June 7, 2012 deadline for filing a Joint Status Report. ECF No. 46. Defendants' motion for summary judgment (ECF No. 43) is currently noted for June 7, 2012. ECF Nos. 39 and 43.

Accordingly, it is **ORDERED:**

(1) Defendants' motion (ECF No. 46) is **GRANTED;** the Joint Status Report deadline is extended to **October 7, 2013**.

(2) The Clerk shall send copies of this Order to Plaintiff and to counsel for Defendants.

**DATED** this  8th  day of May, 2013.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER- 1