UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARCO GARNICA,<br><br>                     Plaintiff,<br><br>          v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS, et al.,<br><br>                     Defendants. | CASE NO. C12-5544 RJB<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

   This matter comes before the court on plaintiff's motion to file objections to the Report and Recommendation of the magistrate judge. Dkt. 51.

   On June 19, 2013, U.S. Magistrate Judge Karen L. Strombom issued a Report and Recommendation that is noted for consideration on July 12, 2013. Dkt. 50. On July 1, 2013, plaintiff filed a motion requesting an extension of time to file objections to the Report and Recommendation. Dkt. 51. Plaintiff contends that he has limited access to the law library. Plaintiff has shown sufficient cause for extending the date to file objections.

1   Accordingly, it is hereby **ORDERED** that plaintiff's motion for extension of time (Dkt.
2   51) is **GRANTED**.  Plaintiff may file objections, if any he may have, not later than July 29,
3   2013.  Defendants may file a response not later than August 12, 2013.  The Report and
4   Recommendation (Dkt. 50) is **RENOTED** for consideration on August 13, 2013.

    The Clerk is directed to send uncertified copies of this Order to all counsel of record and
    to any party appearing *pro se* at said party's last known address.

    Dated this 2nd day of July, 2013.

    ROBERT J. BRYAN
    United States District Judge

ORDER GRANTING MOTION FOR EXTENSION
OF TIME- 2